**Robert E. SAMPSON, Plaintiff–Appellant,**

v.

**ROCKINGHAM COUNTY REGIONAL JAIL; Regional Jail Chief Officer; Sheriff & Administration, Defendants–Appellees.**

No. 00–7620.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 9, 2001.

Decided Feb. 20, 2001.

Robert E. Sampson, pro se.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Robert E. Sampson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Sampson v. Rockingham Cnty Jail,* No. CA–00–793–7 (W.D.Va. Oct. 30, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*